In the Matter of GROTON COMMUNITY HEALTH CARE CENTER, INC., Respondent, v PHILLIP BEVIER, Appellant. [46

NYS3d 462]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Curran, JJ.